# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>　　　　Defendant. | C.A. No. 23-1450-RGA |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Daniel A. Taylor of Smith, Katzenstein & Jenkins LLP as counsel for Plaintiff Versar Environmental Services, LLC in the above action.

Dated: February 20, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Megan Ix Brison (No. 6721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
mib@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Versar Environmental Services, LLC*