# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC<br><br>　　　　　Plaintiff,<br><br>-v-<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>　　　　　Defendant. | C.A. No. 23-1450-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 6, 2026, true and correct copies of Defendant Black & Veatch Special Projects Corp.'s First Set of Requests for Production were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Daniel A. Tayor (#6934)
Megan Ix Brison (#6721)
Smith, Katzenstein & Jenkins LLP
1000 North West Street
Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
mib@skjlaw.com

**BY E-MAIL**

Joseph S. Guarino, Esq.
Owen S. Walker, Esq.
Brian M. O'Shea, Esq.
VARELA, LEE, METZ & GUARINO, LLP
1600 Tysons Blvd., Suite 900
Tysons Corner, VA 22102
jguarino@vlmglaw.com
owalker@vlmglaw.com
boshea@vlmglaw.com

| | |
|---|---|
| OF COUNSEL:<br><br>Andrew M. Lankler<br>Eric DuPont<br>Sarah Reeves<br>BAKER BOTTS, L.L.P.<br>30 Rockefeller Plaza<br>New York, New York  10112<br>(212) 408-2500<br>andrew.lankler@bakerbotts.com<br>eric.dupont@bakerbotts.com<br>sarah.reeves@bakerbotts.com<br><br>Dated: March 6, 2026 | */s/ Christine D. Haynes*<br>Jeffrey L. Moyer (#3309)<br>Brock E. Czeschin (#3938)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>moyer@rlf.com<br>czeschin@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Black & Veatch Special Projects Corp.* |