IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>      Defendant. | C.A. No. 23-1450-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT on March 6, 2026, Plaintiff Versar Environmental Services, LLC ("Versar"), served its (1) First Set of Requests for Production of Documents (Nos. 1-42); and (2) First Set of Interrogatories (Nos. 1-15) onto Defendant Black & Veatch Special Projects Corp. ("BVSPC") via electronic mail to the following counsel of record:

Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com

Eric DuPont
Sarah Reeves
**BAKER BOTTS, L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
eric.dupont@bakerbotts.com
sarah.reeves@bakerbotts.com

| | |
|---|---|
| Dated: March 6, 2026 | **SMITH KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Daniel A. Taylor*<br>Daniel A. Taylor (No. 6934)<br>Megan Ix Brison (No. 6721)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>dtaylor@skjlaw.com<br>mib@skjlaw.com<br><br>*Counsel for Plaintiff Versar Environmental Services, LLC* |