## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VERSAR ENVIRONMENTAL  :
SERVICES, LLC,     :
          :
   Plaintiff,    :
          :
v.          :  Case No. 1:23-cv-01450-RGA
          :
          :
BLACK & VEATCH SPECIAL  :
PROJECTS CORP.,    :
          :
   Defendant.   :

### STIPULATION AND ORDER AMENDING SCHEDULING ORDER

Plaintiff, Versar Environmental Services, LLC ("Versar" or "Plaintiff") and Defendant, Black & Veatch Special Projects Corp. ("BVSPC" or "Defendant") jointly file this Stipulation and [Proposed] Order Amending Scheduling Order and state as follows:

WHEREAS, on October 29, 2025, the Court entered the Scheduling Order (D.I. 39);

WHEREAS, Versar and BVSPC (collectively, the "Parties") have exchanged Rule 26(a)(1) Initial Disclosures (D.I. 41-42), Initial Disclosures Pursuant to Paragraph 3 of the Default Standard (D.I. 45-46), and have served written discovery (D.I. 50, 51);

WHEREAS, as is detailed in the table below, fact discovery is currently scheduled to close on October 16, 2026, expert discovery is currently scheduled to begin on January 15, 2027, and a 3-day bench trial is scheduled to begin on October 25–27, 2027;

WHEREAS, the Parties have agreed that a mediation may assist the parties in resolving this case without further involvement of the Court;

WHEREAS, the Parties are in the process of scheduling the mediation;

WHEREAS, the Parties agree that in order to focus their efforts on resolving the matter through mediation, certain deadlines for the substantial completion of document production (D.I. 39 at ¶3(b)) and the close of fact discovery (*id.* at ¶3(a)) should be extended;

WHEREAS, the Parties do not expect the extended deadlines to impact expert discovery, dispositive motions, or trial;

WHEREAS, good cause exists to modify the current Scheduling Order;

1.      NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, and through their respective undersigned counsel, subject to the approval of the Court, that the deadlines set forth in the Court's October 29, 2025 Scheduling Order (D.I. 39) shall be amended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for both Parties to Respond to Written Discovery Previously Issued (D.I. 50, 51) | | 30 days after mediation |
| Document Production Substantial Completion (D.I. 39 at ¶3(b)) | May 19, 2026 | July 31, 2026 |
| Joinder of Other Parties and Amendment of Pleadings (D.I. 39 at ¶2) | August 14, 2026 | No change |
| Discovery Cut Off (D.I. 39 at ¶3(a)) | October 16, 2026 | October 28, 2026 |
| Initial Federal Rule 26(a)(2) Disclosure of expert testimony for Party Who Has Initial Burden of Proof (D.I. 39 at ¶3(f)(i)) | January 15, 2027 | No change |
| Supplemental Disclosure of expert testimony to | March 16, 2027 | No change |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Contradict or Rebut Initial Disclosure (D.I. 39 at ¶3(f)(i)) | | |
| Expert Depositions Cut Off / Close of Discovery (D.I. 39 at ¶3(f)(i)) | May 12, 2027 | No change |
| Case Dispositive Motions (D.I. 39 at ¶8) | June 10, 2027 | No change |
| Joint Proposed Final Pretrial Order (D.I. 39 at ¶10) | October 12, 2027 | No change |
| Pretrial Conference (D.I. 39 at ¶10) | October 15, 2027 at 9:30am | No change |
| Bench Trial (D.I. 39 at ¶12) | October 25-27, 2027 at 9:30am | No change |

2.      Within 14 days of the completion of the mediation, and no later than July 31, 2026, the parties shall provide the Court with a status report addressing: (a) the outcome of the mediation; and (b) any further requests to modify the case schedule.

[signatures on following page]

Dated: May 5, 2026

<table>
<tr><td>   /s/   <i>Megan Ix Brison</i>   </td><td>   /s/   <i>Christine D. Haynes</i>   </td></tr>
<tr><td>Daniel A. Tayor (#6934)</td><td>Jeffrey L. Moyer (#3309)</td></tr>
<tr><td>Megan Ix Brison (#6721)</td><td>Brock E. Czeschin (#3938)</td></tr>
<tr><td>SMITH, KATZENSTEIN & JENKINS LLP</td><td>Christine D. Haynes (#4697)</td></tr>
<tr><td>1000 North West Street</td><td>RICHARDS, LAYTON & FINGER, P.A.</td></tr>
<tr><td>Suite 1501</td><td>920 North King Street</td></tr>
<tr><td>Wilmington, DE 19801</td><td>Wilmington, DE 19801</td></tr>
<tr><td>(302) 652-8400</td><td>(302) 651-7700</td></tr>
<tr><td>dat@skjlaw.com</td><td>moyer@rlf.com</td></tr>
<tr><td>mib@skjlaw.com</td><td>czeschin@rlf.com</td></tr>
<tr><td></td><td>haynes@rlf.com</td></tr>
</table>

*Attorneys for Plaintiff Versar*            *Attorneys for Defendant Black & Veatch*
*Environmental Services, LLC*               *Special Projects Corp.*


IT IS SO ORDERED this 6th day of May, 2026.


   /s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge

-4-