**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 23-1450-RGA |
| BLACK & VEATCH SPECIAL PROJECTS CORP., | |
| Defendant. | |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SECOND AMENDED
COMPLAINT**

Plaintiff, Versar Environmental Services, LLC ("Versar" or "Plaintiff") and Defendant,

Black & Veatch Special Projects Corp. ("BVSPC" or "Defendant") jointly file this Stipulation and

[Proposed] Order Regarding the Second Amended Complaint and state as follows:

WHEREAS, on December 20, 2023, Versar filed the Complaint in this matter (D.I. 1);

WHEREAS, the Court granted leave (D.I. 25), and on January 21, 2025, Versar filed the

Amended Complaint (D.I. 29);

WHEREAS, on October 29, 2025, the Court entered the Scheduling Order (D.I. 39);

WHEREAS, on May 6, 2026, the Court entered an Amended Scheduling Order (D.I. 54);

WHEREAS, Plaintiff wishes to file the Second Amended Complaint with Exhibits 1-33

("SAC") (Exhibit 1 (Second Amended Complaint); Exhibit 2 (Redline));

WHEREAS, pursuant to the Scheduling Order, "All motions to join other parties, and to

amend or supplement the pleadings, shall be filed on or before AUGUST 14, 2026." (*Id.*, at ¶ 2)

and Plaintiff's request is timely-filed, and

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2) BVSPC has agreed to give its written consent for Plaintiff to file the SAC subject to the conditions that BVSPC shall have 30 days to respond to the SAC and that BVSPC may timely amend its counterclaims. Plaintiff has agreed to both conditions.

NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, and through their respective undersigned counsel, subject to the approval of the Court, that:

1.    Versar shall file the SAC and any attachments on the docket within 2 days of the date of this ORDER;

2.    BVSPC shall Answer the SAC within 30 days of the date the SAC is filed on the docket; and

3.    BVSPC may amend its Counterclaims within 30 days of the date the SAC is filed on the docket.

Dated: July 14, 2026


/s/ Megan Ix Brison
Megan Ix Brison (#6721)
Daniel A. Tayor (#6934)
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street
Suite 1501
Wilmington, DE 19801
(302) 652-8400
mib@skjlaw.com
dat@skjlaw.com


Attorneys for Plaintiff Versar
Environmental Services, LLC

/s/ Christine D. Haynes
Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com


Attorneys for Defendant Black & Veatch
Special Projects Corp.


IT IS SO ORDERED this 15th day of July, 2026


/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge

3