**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 23-1450-RGA |
| BLACK & VEATCH SPECIAL PROJECTS CORP., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Michael A. Weidinger of Pinckney, Weidinger,

Urban, and Joyce LLC as counsel for Plaintiff Versar Environmental Services, LLC ("Plaintiff")

in the above action. Plaintiff will continue to be represented by Megan Ix Brison and Daniel A.

Taylor of Smith, Katzenstein & Jenkins LLP.


Dated: July 16, 2026

                                                        **SMITH KATZENSTEIN & JENKINS LLP**

                                                        _/s/ Daniel A. Taylor_
                                                        Megan Ix Brison (No. 6721)
                                                        Daniel A. Taylor (No. 6934)
                                                        1000 N. West Street, Suite 1501
                                                        Wilmington, DE 19801
                                                        (302) 652-8400
                                                        mib@skjlaw.com
                                                        dat@skjlaw.com

                                                        _Attorneys for Plaintiff Versar Environmental_
                                                        _Services, LLC_