SMITH KATZENSTEIN
JENKINS LLP

July 31, 2026

_VIA CM/ECF_

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

>          **Re:**    ***Versar Environmental Services, LLC v. Black & Veatch Special Projects Corp.*, C.A. No. 23-1450-RGA, D. Del.**

Dear Judge Andrews:

We represent Plaintiff, Versar Environmental Services, LLC ("Versar") in the above matter. We write jointly with Defendant Black & Veatch Special Projects Corp. ("BVSPC") to provide a status update pursuant to the May 6, 2026 Stipulation and Order Amending Scheduling Order (the "Order") (D.I. 54). The Order states "[w]ithin 14 days of the completion of the mediation, and no later than July 31, 2026, the parties shall provide the Court with a status report addressing: (a) the outcome of the mediation; and (b) any further requests to modify the case schedule." (*Id.* at 3).

Since entry of the Order, the parties have agreed on a mediator but have not yet scheduled the mediation. The parties expect to schedule the mediation by Friday, August 7. The parties continue to believe that mediation may assist the parties in resolving the case. Additionally, the parties agreed to Versar filing a Second Amended Complaint (*see* D.I. 54-56), which was filed on July 15, 2026. (D.I. 57). BVSPC's Answer to the Second Amended Complaint, along with any amended counterclaims it chooses to file, are due on August 14, 2026. (D.I. 55).

In order to focus their efforts on resolving the matter through mediation, the parties agree that the deadline for completion of document production should be extended. A Stipulation and [Proposed] Order Amending the Scheduling Order is attached.

Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1501 | P.O. Box 410 | Wilmington, DE 19899-0410 | 302.652.8400 | skjlaw.com

The Honorable Richard G. Andrews
July 31, 2026
P a g e | **2**

Counsel are available to address any questions.

Respectfully submitted,

*/s/ Megan Ix Brison*

Megan Ix Brison (No. 6721)


cc: Counsel of Record via CM/ECF and email

Attachments: Stipulation and Proposed Order Amending Scheduling Order