**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

VERSAR ENVIRONMENTAL                     :
SERVICES, LLC,                           :
                                         :
          Plaintiff,                     :
                                         :
v.                                       :          C.A. No. 23-1450-RGA
                                         :
                                         :
BLACK & VEATCH SPECIAL                   :
PROJECTS CORP.,                          :
                                         :
          Defendant.                     :

## STIPULATION AND SECOND [PROPOSED] ORDER
## AMENDING SCHEDULING ORDER

Plaintiff, Versar Environmental Services, LLC ("Versar" or "Plaintiff") and Defendant,

Black & Veatch Special Projects Corp. ("BVSPC" or "Defendant") jointly file this Stipulation and

[Proposed] Order Amending Scheduling Order and state as follows:

WHEREAS, on October 29, 2025, the Court entered the Scheduling Order (D.I. 39);

WHEREAS, Versar and BVSPC (collectively, the "Parties") have exchanged Rule 26(a)(1)

Initial Disclosures (D.I. 41-42), Initial Disclosures Pursuant to Paragraph 3 of the Default Standard

(D.I. 45-46), and have served written discovery (D.I. 50, 51);

WHEREAS, on May 6, 2026, the Court entered an Order Amending the Scheduling Order

("May 6, 2026 Order") (D.I. 54);

WHEREAS, as is detailed in the table below, document production is to be substantially

complete by July 31, 2026, fact discovery is currently scheduled to close on October 28, 2026,

expert discovery is currently scheduled to begin on January 15, 2027, and a three-day bench trial

is scheduled to begin on October 25-27, 2027;

WHEREAS, on July 14, 2026, the Parties submitted a Stipulation and [Proposed] Order regarding Versar filing a Second Amended Complaint (D.I. 55);

WHEREAS, on July 15, 2026, the Court entered an order permitting Plaintiff to file a Second Amended Complaint (D.I. 56);

WHEREAS, on July 15, 2026, Plaintiff filed the Second Amended Complaint (D.I. 57);

WHEREAS, Defendant has until August 14, 2026 to Answer the Second Amended Complaint and to file any amended counterclaims (D.I. 56);

WHEREAS, the Parties have agreed that a mediation may assist the parties in resolving this case without further involvement of the Court;

WHEREAS, the Parties are in the process of scheduling the mediation and expect to have the mediation scheduled by August 7, 2026;

WHEREAS, the Parties agree that in order to focus their efforts on resolving the matter at mediation, the deadline for the substantial completion of document production should be briefly extended;

WHEREAS, this is the second proposed amendment to the Scheduling Order;

WHEREAS, the Parties do not expect the extended deadlines to impact the close of fact discovery, expert discovery, dispositive motions, or trial; and

WHEREAS, good cause exists to modify the current Scheduling Order;

NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, and through their respective undersigned counsel, subject to the approval of the Court, that:

1.     The deadlines set forth in the Court's October 29, 2025 Scheduling Order (D.I. 39), as amended by the May 6, 2026 Order (D.I. 54) shall be amended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for both Parties to Respond to Written Discovery Previously Issued (D.I. 50, 51) | 30 days after mediation | September 18, 2026 |
| Document Production Substantial Completion (D.I. 39 at ¶3(b)) | July 31, 2026 | September 25, 2026 |
| Joinder of Other Parties and Amendment of Pleadings (D.I. 39 at ¶2) | August 14, 2026 | No change |
| Discovery Cut Off (D.I. 39 at ¶3(a)) | October 28, 2026 | No change |
| Initial Federal Rule 26(a)(2) Disclosure of expert testimony for Party Who Has Initial Burden of Proof (D.I. 39 at ¶3(f)(i)) | January 15, 2027 | No change |
| Supplemental Disclosure of expert testimony to Contradict or Rebut Initial Disclosure (D.I. 39 at ¶3(f)(i)) | March 16, 2027 | No change |
| Expert Depositions Cut Off / Close of Discovery (D.I. 39 at ¶3(f)(i)) | May 12, 2027 | No change |
| Case Dispositive Motions (D.I. 39 at ¶8) | June 10, 2027 | No change |
| Joint Proposed Final Pretrial Order (D.I. 39 at ¶10) | October 12, 2027 | No change |
| Pretrial Conference (D.I. 39 at ¶10) | October 15, 2027 at 9:30am | No change |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Bench Trial (D.I. 39 at ¶12) | October 25-27, 2027 at 9:30am | No change |

2.    Within 14 days of the completion of the mediation, and no later than September 25, 2026, the parties shall provide the Court with a status report addressing: (a) the outcome of the mediation; and (b) any further requests to modify the case schedule.

Dated: July 31, 2026

 /s/ Megan Ix Brison
Daniel A. Tayor (#6934)
Megan Ix Brison (#6721)
**SMITH, KATZENSTEIN & JENKINS LLP**
1000 North West Street
Suite 1501
Wilmington, DE 19801
(302) 652-8400
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff Versar*
*Environmental Services, LLC*

 /s/ Christine D. Haynes
Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
**RICHARDS, LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com

*Attorneys for Defendant Black & Veatch*
*Special Projects Corp.*

IT IS SO ORDERED this _____ day of July __, 2026

_____
The Honorable Richard G. Andrews
United States District Judge

-4-