**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC<br>Plaintiff,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>Defendant. | C.A. No. 23-1450-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2026, true and correct copies of Defendant Black & Veatch Special Projects Corp.'s First Set of Interrogatories were caused to be served on the following counsel in the manner indicated:

**BY E-MAIL**

Daniel A. Tayor (#6934)
Megan Ix Brison (#6721)
Smith, Katzenstein & Jenkins LLP
1000 North West Street
Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
mib@skjlaw.com

**BY E-MAIL**

Joseph S. Guarino, Esq.
Owen S. Walker, Esq.
Brian M. O'Shea, Esq.
VARELA, LEE, METZ & GUARINO, LLP
1600 Tysons Blvd., Suite 900
Tysons Corner, VA 22102
jguarino@vlmglaw.com
owalker@vlmglaw.com
boshea@vlmglaw.com

OF COUNSEL:

Andrew M. Lankler
Eric DuPont
Sarah Reeves
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
andrew.lankler@bakerbotts.com
eric.dupont@bakerbotts.com
sarah.reeves@bakerbotts.com

Dated: August 19, 2026

*/s/ Christine D. Haynes*

Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com

*Attorneys for Black & Veatch Special Projects Corp.*