SMITH KATZENSTEIN JENKINS LLP

September 8, 2026

***VIA CM/ECF***

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re: *Versar Environmental Services, LLC v. Black & Veatch Special Projects Corp.*, C.A. No. 23-1450-RGA, D. Del.**

Dear Judge Andrews:

We represent Plaintiff, Versar Environmental Services, LLC ("Versar") in the above matter. We write jointly with Defendant Black & Veatch Special Projects Corp. ("BVSPC") to provide a status update pursuant to the August 3, 2026 Stipulation and Second Order Amending Scheduling Order (the "Order") (D.I. 60). The Order states "[w]ithin 14 days of the completion of the mediation, and no later than September 25, 2026, the parties shall provide the Court with a status report addressing: (a) the outcome of the mediation; and (b) any further requests to modify the case schedule." (*Id.* at 4).

The parties participated in mediation on August 24, 2026. The mediation was unsuccessful, and the parties are proceeding with discovery. The parties are conferring on a revised schedule and will submit a proposed amended scheduling order for the Court's consideration or a further update to the Court on or before September 22, 2026.

Counsel are available to address any questions.

Respectfully submitted,

*/s/ Megan Ix Brison*

Megan Ix Brison (No. 6721)

cc: Counsel of Record via CM/ECF and email