**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>Defendant. | C.A. No. 23-1450-RGA |

**JOINT STATUS REPORT**

Pursuant to the parties' September 8, 2026 status report, the parties hereby submit a further joint status report. Defendant Black & Veatch Special Projects Corporation ("Defendant") intends to transition both lead and Delaware counsel and is in the process of engaging new counsel. Accordingly, the parties are continuing to confer on necessary modifications to the scheduling order and have agreed in the interim to extend the close of fact discovery to at least December 31, 2026. The parties propose to submit a revised proposed scheduling order or further joint status report on or before October 5, 2026.

*/s/ Megan Ix Brison*
Daniel A. Taylor (#6934)
Megan Ix Brison (#6721)
Smith, Katzenstein & Jenkins LLP
1000 North West Street
Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff Versar Environmental Services, LLC*

*/s/ Christine D. Haynes*
Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com

*Attorneys for Defendant Black & Veatch Special Projects Corp.*

Dated: September 22, 2026