IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 23-1450-RGA |
| BLACK & VEATCH SPECIAL PROJECTS CORP., | : | |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of Defendant Black & Veatch Special Projects Corp. in the above-referenced matter.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Denise S. Kraft*

Denise S. Kraft (#2778)
Elizabeth A. DeFelice (#5474)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dkraft@hegh.law
edefelice@hegh.law
clynch@hegh.law

*Attorneys for Defendant*
*Black & Veatch Special Projects Corp.*

OF COUNSEL:

JAMES SOBBA LLC
G. Edgar James, Esq.
James Humphrey, Esq.
4435 Main Street, Suite 910
Kansas City, MO 64111
(816) 623-0555
ejames@jamessobba.com
jhumphrey@jamessobba.com

Dated: September 29, 2026