IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 23-1450-RGA |
| BLACK & VEATCH SPECIAL PROJECTS CORP., | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves for the admission *pro hac vice* of G. Edgar James and James Humphrey of James Sobba LLC to represent Defendant Black & Veatch Special Projects Corp. in the above-referenced case. I further certify that the total annual fee of $100.00 will be paid to the Clerk's office contemporaneously with the filing of this motion.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Denise S. Kraft*
Denise S. Kraft (#2778)
Elizabeth A. DeFelice (#5474)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dkraft@hegh.law
edefelice@hegh.law
clynch@hegh.law

*Attorneys for Defendant*
*Black & Veatch Special Projects Corp.*

OF COUNSEL:

JAMES SOBBA LLC
G. Edgar James, Esq.
James Humphrey, Esq.
4435 Main Street, Suite 910
Kansas City, MO 64111
(816) 623-0555
ejames@jamessobba.com
jhumphrey@jamessobba.com

Dated: September 29, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of G. Edgar James and James Humphrey of James Sobba LLC to represent Defendant Black & Veatch Special Projects Corp. is GRANTED.

DATED this ______ day of _______ 2026.

_________________________________________
THE HONORABLE RICHARD G. ANDREWS

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri, Kansas, Florida, and New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Cour Fund effective September 1, 2026, I further certify that the fee of $50.00 will be paid to the to the Clerk's Office upon the filing of this motion.

*/s/ G. Edgar James*

G. Edgar James, Esq.
JAMES SOBBA LLC
4435 Main Street, Suite 910
Kansas City, MO 64111
(816) 623-0555
ejames@jamessobba.com

Dated: September 29, 2026

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri, New York, and Kansas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Cour Fund effective September 1, 2026, I further certify that the fee of $50.00 will be paid to the to the Clerk's Office upon the filing of this motion.

*/s/ James Humphrey*
James Humphrey, Esq.
JAMES SOBBA LLC
4435 Main Street, Suite 910
Kansas City, MO 64111
(816) 623-0555
jhumphrey@jamessobba.com

Dated: September 29, 2026