**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VERSAR ENVIRONMENTAL SERVICES, LLC<br>Plaintiff,<br><br>v.<br><br>BLACK & VEATCH SPECIAL PROJECTS CORP.,<br><br>Defendant. | C.A. No. 23-1450-RGA |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.7, the appearances of Jeffrey L. Moyer and Christine D. Haynes of Richards, Layton & Finger, P.A. and Eric DuPont and Sarah Reeves of Baker Botts L.L.P. are hereby withdrawn as counsel for Defendant and Counter-Claimant Black & Veatch Special Projects ("BVSPC") in the above-captioned action. BVSPC will continue to be represented by the law firm of Heyman Enerio Gattuso & Hirzel LLP and James Sobba LLC.

OF COUNSEL:

Andrew M. Lankler
Eric DuPont
Sarah Reeves
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
andrew.lankler@bakerbotts.com
eric.dupont@bakerbotts.com
sarah.reeves@bakerbotts.com

Dated: September 29, 2026

*/s/ Christine D. Haynes*

Jeffrey L. Moyer (#3309)
Brock E. Czeschin (#3938)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
czeschin@rlf.com
haynes@rlf.com

*Attorneys for Black & Veatch Special Projects Corp.*